**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JOEL RAMIREZ** **PLAINTIFF**

**v.** **CASE NO. 2:25-CV-00104-BSM**

**JERMAINE MADKINS, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of November, 2026.

UNITED STATES DISTRICT JUDGE